**FULTON HOUSING AUTHORITY, Respondent,**

**v.**

**Alicia R. DAILEY, Appellant.**

### WD 77486

Missouri Court of Appeals, Western District.

ORDER FILED: June 30, 2015

Jacquelyn G. Brazas, Fulton, MO, Attorney for Respondent.

Alicia R. Dailey, Moberly, MO, Appellant, pro se.

Before Division One: James Edward Welsh, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

## Order

Per Curiam:

Alicia Dailey appeals the judgment entered against her, in favor of the Fulton Housing Authority (FHA), on its claims for unlawful detainer and breach of contract, for which the court awarded $1,256.64 in damages. Dailey argues that the court erred in "sustaining the Fulton Housing Authority's decision to evict" her because the FHA failed to follow the proper procedures under the lease agreement and HUD regulations. Because the court's judgment was supported by substantial evidence, was not against the weight of the evidence, and it neither misstated nor misapplied the law, we affirm. Rule 84.16(b).